| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LEROY SALEME, §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§　　NO. 1:18-CV-00632-MAC-ZJH
v. §
　　　　　　　　　　　　　　§
STATE FARM LLOYDS and §
MARK H. FRITZ, §
　　　　　　　　　　　　　　§
　　　　　Defendants. §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On January 2, 2019, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to an Order of Reference. Doc. No. 6. Pending before the court is State Farm's "Motion for Partial Summary Judgment." Doc. No. 37. The court has received and considered the report (Doc. No. 45) of the magistrate judge, who recommends that the court deny State Farm's motion. No objections to the report and recommendation have been filed, and the time for doing so has passed.

It is, therefore, **ORDERED** that the report and recommendation of the magistrate judge (Doc. No. 45) is **ADOPTED**. Defendant State Farm Lloyds' "Motion for Partial Summary Judgment" (Doc. No. 37) is **DENIED**.

**Signed this date**
Sep 14, 2021

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE